**Order entered January 29, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01402-CR

**MICHAEL WAYNE RILEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-70289-M**

## ORDER

Before the Court is court reporter Belinda G. Baraka's January 28, 2020 request for an extension of time to file the reporter's record. We **GRANT** the request to the extent we **ORDER** the reporter's record filed on or before February 28, 2020. *See* TEX. R. APP. P. 35.3(c).

/s/  ROBERT D. BURNS, III
   CHIEF JUSTICE